**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                **CASE NO: 1:05cr04-MMP**

**STEVEN WAYNE CLARK, II,**

      **Defendant.**
_____/

## PRELIMINARY ORDER OF FORFEITURE

**THIS CAUSE CAME ON** before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1. On January 25, 2005, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against Defendant, Steven Wayne Clark, II.

2. The Indictment charged Defendant, Steven Wayne Clark, II, with violating 21 U. S. C. § 841(a)(1), 841b)(1)(B)(ii), 841(b)(1)(C), 846 and 18 U.S.C. 924(c)(1)(A)(I) and 18 U.S.C. 924(c)(1)(B)(I).

3.  The Indictment included a Forfeiture Count, pursuant to 21 U. S. C. § 853 and 18 U. S. C. § 3665.

4.  On April 22, 2005, the defendant entered into a plea and cooperation agreement to resolve all charges.

Pursuant to the forgoing,

IT IS ORDERED, ADJUDGED and DECREED the defendant's interest in the following property is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. 853 and 18 U.S.C. § 3665.

- A. Ruger Model P89 9 millimeter semi-automatic pistol
  Serial Number: 305-97670
  (with two loaded magazines and holster);

- B. Beretta Model 96 Centurion . 40 caliber semi-automatic pistol
  Serial Number BER046209M
  (with one loaded magazine);

- C. Harrington and Richardson Model 930 .22 caliber revolver
  Serial Number AU153139
  (with case and holder);

- D. Stevens, Model 62 .22 caliber rifle with scope
  Serial Number 0350575
  (with three loaded magazines);

- E. Marlin Model 336W 30/30 caliber rifle
  Serial Number 96015018
  (with six rounds of ammunition);

  F.  Fabrique National FN/FAL .308 caliber rifle with scope
    Serial Number A134690
    (with four loaded magazines and one unloaded magazine);

  G.  Three boxes of 30/30 ammunition (Winchester and Remington);

  H.  Miscellaneous holsters, cases, magazines and ammunition; and

  I.  United States Currency in the amount of $574.50.

  IT IS FURTHER ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier. The United States shall:

  1.  State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2.	To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order Of Forfeiture, as a substitute for published notice as to those persons so notified.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

DONE AND ORDERED this   7th    day of    July       , 2005, at Gainesville, Florida.


	s/Maurice M. Paul
	_____
	MAURICE M. PAUL, SENIOR
	UNITED STATES DISTRICT JUDGE