IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:05-cr-00004-MP-AK

STEVEN WAYNE CLARK, II,

       Defendant.

_____/


## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the court on the Motion of the United States of America

for a Final Order Of Forfeiture.  Being fully advised in the premises, the Court finds as

follows:

WHEREAS, on July 7, 2005, this Court entered a Preliminary Order Of Forfeiture

against the following property:

**A.      Ruger Model P89 9 millimeter semi-automatic pistol
Serial Number: 305-97670
(with two loaded magazines and holster)**

**B.      Beretta Model 96 Centurion . 40 caliber semi-automatic pistol
Serial Number BER046209M
(with one loaded magazine)**

**C.      Harrington and Richardson Model 930 .22 caliber revolver
Serial Number AU153139
(with case and holder)**

**D.      Stevens, Model 6222 .22 caliber rifle
Serial Number 0350575
(with three loaded magazines)**

**E.      Marlin Model 336W 30/30 caliber rifle
Serial Number 96015018
(with three loaded magazines)**

**F.     Fabrique National FN/FAL .308 caliber rifle**
**       Serial Number A134690**
**       (with four loaded magazines and one unloaded magazine)**

**G.     Three boxes of 30/30 ammunition**

**H.     Miscellaneous holsters, cases, magazines and ammunition**

**I.     United States Currency in the amount of $574.50**

WHEREAS, on October 20, 2006, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, and

WHEREAS, no persons or entities having an interest in the above-referenced property have timely filed petitions, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced properties, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.


**DONE AND ORDERED** this  *21st*  day of December, 2006


_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge